**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MELISSA T. DAUGHERTY, SB# 227451
E-Mail: Melissa.Daugherty@lewisbrisbois.com
HUSSAIN TURK, SB# 314704
E-Mail: Hussain.Turk@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for QUINCY FEATHER BED INN, INC.; COLIN BIRDSEYE; and SHELLEY HUNTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBIN DUBNER and SHELLEY SAMUELS,

Plaintiffs,

vs.

QUINCY FEATHER BED INN, INC.; COLIN BIRDSEYE; and SHELLEY HUNTER,

Defendants.

Case No. 2:21-cv-01507-JAM-DB

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER

Judge: John A. Mendez

Defendants Quincy Feather Bed Inn, Inc., Colin Birdseye, and Shelley Hunter (collectively, "Defendants") and Plaintiffs Robin Dubner and Shelley Samuels (collectively, "Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs served their Civil Rights Complaint on August 27, 2021;

WHEREAS, Defendants currently have until September 17, 2021 to answer or respond to Plaintiffs' Complaint;

WHEREAS, Defendants have requested and Plaintiffs have consented to an additional thirty (30) days for Defendants to answer or respond to Plaintiff's Complaint;

WHEREAS, an additional 30 days for Defendants' answer or response to Plaintiffs' Complaint will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants shall answer or otherwise respond to Plaintiffs' Complaint by October 18, 2021.

DATED: September 9, 2021 LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Melissa T. Daugherty*
Melissa T. Daugherty
Hussain Turk
Attorneys for Defendants QUINCY FEATHER BED INN, INC.; COLIN BIRDSEYE; and SHELLEY HUNTER

DATED: September 9, 2021 REIN & CLEFTON, ATTORNEYS AT LAW

By: */s/ Aaron Clefton*
Aaron Clefton
Attorneys for Plaintiffs ROBIN DUBNER and SHELLEY SAMUELS

# ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendants should answer or respond to Plaintiffs' complaint on or before October 18, 2021.

Dated: September 10, 2021

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**FEDERAL COURT PROOF OF SERVICE**
***Dubner, Robin v. Quincy Feather Bed Inn, Inc., et al.***
**USDC Case No. 2:21-cv-01507-JAM-DB**

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 10, 2021, I served the following document(s): **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Aaron Michael Clefton, Esq.<br>Rein & Clefton, Attorneys at Law<br>200 Lakeside Drive, Suite A<br>Oakland, CA 94612<br>E: aclefton@reincleftonlaw.com | Attorneys for Plaintiffs, ROBIN DUBNER and SHELLEY SAMUELS |

The documents were served by the following means:

☒ **(BY U.S. MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 10, 2021, at Costa Mesa, California.

Jeri Chrysong

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW